[No. 27673-5-I.   Division One.   April 5, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LEWIS
EUGENE JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 90-1-00542-1, Michael F. Moynihan, J.,
entered December 12, 1990. *Reversed* by unpublished opin-

ion per Kennedy, J., concurred in by Webster, C.J., Scholfield, J., dissenting.